# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                        Plaintiffs,                      24 **CIVIL** 2265 (JHR)

       -against-                                **JUDGMENT**

NEW STYLE CONTRACTORS, INC.,

                        Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2025, Petitioners' unopposed Petition to confirm the Award is GRANTED. The Respondent is ordered to submit to an audit of its books and records for the period June 28, 2021 through October 30, 2023. Judgment entered in favor of Petitioners, consisting of (i) the arbitration award of $154,794.37; (ii) $1,800.00 in attorneys' fees and $122.60 in costs related to bringing this action; and (iii) post-judgment interest on the entire amount of the judgment, which shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

**Dated:** New York, New York

       September 29, 2025

|  | **TAMMI M. HELLWIG** |
|---|---|
|  | **Clerk of Court** |
| **BY:** | *[signature]* |
|  | **Deputy Clerk** |